| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MURPHY, MARGARET H. | 2. Court or Organization<br><br>United States Bankruptcy Court | 3. Date of Report<br><br>09/12/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>1290 United States Courthouse<br>75 Spring Street, S. W.<br>Atlanta, Georgia 30303-3367 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MURPHY, MARGARET H. | 09/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 04/04/11 - 04/06/11 | Palm Desert, CA | Mid-Year Meeting | Travel, lodging, some meals, Mid-Year Meeting |
| 2. | ICLE in Georgia and Georgia Bar Assn Bankruptcy Section | 11/10/11-11/11/11 | Greensboro, GA | Annual Bankruptcy Section Seminar | Lodging one night, attend State Bar seminar in Greensboro, GA |
| 3. | National Conference of Bankruptcy Judges | 10/12/11-10/14/11` | Tampa, FL | Annual Meeting | Travel, lodging, some meals, Annual Meeting |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa | Credit Card | J |
| 2. Mastercard | Credit Card | J |
| 3. American Express | Credit Card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MURPHY, MARGARET H. | 09/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union (ACU) | A | Dividend | J | T | | | | | |
| 2. ACU | A | Dividend | J | T | | | | | |
| 3. ACU | A | Dividend | J | T | | | | | |
| 4. Wells Fargo, Atlanta | A | Interest | J | T | | | | | |
| 5. Series EE bonds | | None | J | T | | | | | |
| 6. Apartment in residence, Atlanta (Fulton County) Ga | D | Rent | L | W | | | | | |
| 7. Schwab Brokerage Account | | | | | | | | | |
| 8. Schwab Government Money Fund | A | Interest | | | Sold | 9/6/11 | K | A | |
| 9. Schwab US Treasury Money Fund | A | Interest | J | T | Buy | 9/6/11 | K | | |
| 10. Philip Morris International, Inc. | A | Dividend | | | Sold | 04/11/11 | J | B | |
| 11. Steelpath MLP Alpha Fund Inst | | None | | | Buy | 02/07/11 | J | | |
| 12. | | | | | Sold (part) | 02/23/11 | J | A | |
| 13. | | | | | Sold (part) | 03/16/11 | K | B | |
| 14. | | | | | Sold | 04/05/11 | J | B | |
| 15. Van Eck Global Hard assets Institutional | | None | | | Sold (part) | 02/18/11 | J | C | |
| 16. | | | | | Sold | 05/17/11 | J | F | |
| 17. Vanguard Energy Index | | None | | | Sold (part) | 07/13/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MURPHY, MARGARET H. | 09/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | Donated (part) | | | | |
| 19. | | | | | | Sold | 08/08/11 | J | C | |
| 20. | Schwab IRA | | | | | | | | | |
| 21. | ABS 3(c)(1) LP | | None | M | T | Buy | 03/04/11 | M | | |
| 22. | Caldwell & Orkin Market Opportunity | | None | | | Sold | 01/24/11 | K | | |
| 23. | Doubline Total Return Bond | C | Interest | M | T | Buy | 06/13/11 | L | | |
| 24. | | | | | | Buy (add'l) | 08/19/11 | L | | |
| 25. | | | | | | Buy (add'l) | 12/30/11 | K | | |
| 26. | Driehaus Active Income | A | Dividend | | | Sold (part) | 03/01/11 | K | | |
| 27. | | | | | | Buy (add'l) | 05/03/11 | K | | |
| 28. | | | | | | Sold | 08/19/11 | K | | |
| 29. | Driehaus Select Credit Fund | A | Dividend | | | Buy | 08/19/11 | K | | |
| 30. | | | | | | Sold | 12/30/11 | K | | |
| 31. | FPA Crescent Fund | A | Dividend | K | T | Buy | 01/24/11 | J | | |
| 32. | | | | | | Sold (part) | 04/05/11 | J | | |
| 33. | | | | | | Buy (add'l) | 07/01/11 | J | | |
| 34. | | | | | | Buy (add'l) | 12/20/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MURPHY, MARGARET H. | 09/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Advisor Floating Rate High Income | B | Interest | | | Sold (part) | 03/01/11 | J | | |
| 36. | | | | | Sold | 08/19/11 | L | | |
| 37. First Eagle Overseas Institutional | D | Dividend | M | T | Sold (part) | 03/07/11 | J | | |
| 38. | | | | | Buy (add'l) | 04/27/11 | J | | |
| 39. | | | | | Buy (add'l) | 05/03/11 | K | | |
| 40. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 41. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 42. Forward Select Income Institutional | C | Dividend | L | T | Buy | 03/30/11 | J | | |
| 43. | | | | | Buy (add'l) | 04/27/11 | K | | |
| 44. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 45. | | | | | Buy (add'l) | 09/29/11 | J | | |
| 46. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 47. Hatteras Core Alternative TEI Instl LP | | None | | | Sold (part) | 04/29/11 | M | | |
| 48. | | | | | Sold | 06/08/11 | J | | |
| 49. Hatteras Core Alternative TEI LP | | None | | | Sold (part) | 04/29/11 | M | | |
| 50. | | | | | Sold | 06/08/11 | J | | |
| 51. Hussman Strategic Growth Fund | A | Dividend | L | T | Sold (part) | 03/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MURPHY, MARGARET H. | 09/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/03/11 | L | | |
| 53. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 54. JPMorgan Strategic Income Opportunity | C | Interest | M | T | Sold (part) | 03/01/11 | K | | |
| 55. | | | | | Buy (add'l) | 05/03/11 | K | | |
| 56. | | | | | Sold (part) | 10/06/11 | J | | |
| 57. Litman Gregory Masters International Fund | A | Dividend | L | T | Sold (part) | 03/07/11 | J | | |
| 58. | | | | | Buy (add'l) | 04/27/11 | J | | |
| 59. | | | | | Buy (add'l) | 05/03/11 | K | | |
| 60. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 61. Matthews Asia Dividend Fund | B | Dividend | L | T | Buy | 03/24/11 | J | | |
| 62. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 63. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 64. | | | | | Buy (add'l) | 12/08/11 | J | | |
| 65. Pimco All Asset All Authority Fund | C | Interest | L | T | Buy | 01/24/11 | J | | |
| 66. | | | | | Sold (part) | 03/01/11 | L | | |
| 67. | | | | | Buy | 05/03/11 | L | | |
| 68. | | | | | Buy | 06/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MURPHY, MARGARET H. | 09/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 09/15/11 | J | | |
| 70. | | | | | Sold (part) | 09/20/11 | J | | |
| 71. | | | | | Sold (part) | 10/06/11 | J | | |
| 72. | | | | | Buy | 12/28/11 | J | | |
| 73. Pimco Real Return Fund Instl | | None | | | Sold | 04/27/11 | K | | |
| 74. Pimco Total Return Fund Instl | C | Interest | K | T | Sold (part) | 03/01/11 | K | | |
| 75. | | | | | Sold (part) | 05/03/11 | J | | |
| 76. | | | | | Sold (part) | 08/19/11 | J | | |
| 77. | | | | | Sold (part) | 12/30/11 | J | | |
| 78. Pimco Unconstrained Bond Fund Instl CL | C | Interest | L | T | Sold (part) | 03/01/11 | K | | |
| 79. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 80. | | | | | Sold (part) | 06/13/11 | L | | |
| 81. | | | | | Sold (part) | 09/20/11 | J | | |
| 82. Robeco Boston Partners L/S Equity Fund | C | Dividend | K | T | Sold (part) | 03/01/11 | K | | |
| 83. | | | | | Buy | 05/03/11 | K | | |
| 84. TFS Market Neutral Fund | A | Dividend | J | T | Sold (part) | 04/05/11 | J | | |
| 85. Tweedy Browne Global Value | B | Dividend | K | T | Sold (part) | 05/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MURPHY, MARGARET H. | 09/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 87. UBS Alerian MLP Infrastructure | C | Dividend | L | T | Buy | 03/16/11 | K | | |
| 88. | | | | | Buy (add'l) | 04/05/11 | K | | |
| 89. Van Eck Global Hard Assets Institutional | A | Dividend | | | Buy | 06/10/11 | J | | |
| 90. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 91. | | | | | Sold | 12/30/11 | L | | |
| 92. Vanguard Dividend Appreciation | B | Dividend | M | T | Sold (part) | 03/16/11 | K | | |
| 93. | | | | | Sold (part) | 10/06/11 | J | | |
| 94. Vanguard Dividend Growth | B | Dividend | L | T | Buy | 06/29/11 | J | | |
| 95. | | | | | Sold (part) | 11/17/11 | J | | |
| 96. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 97. Vnguard Energy Fund | A | Dividend | K | T | Buy | 08/08/11 | J | | |
| 98. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 99. Vanguard Total Stock Market | B | Dividend | L | T | Sold (part) | 03/07/11 | J | | |
| 100. | | | | | Buy (add'l) | 05/03/11 | K | | |
| 101. | | | | | Sold (part) | 10/20/11 | K | | |
| 102. iShares High Dividend Equity | B | Dividend | M | T | Buy | 08/19/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MURPHY, MARGARET H. | 09/12/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/20/11 | K | | |
| 104. | | | | | Buy (add'l) | 12/30/11 | K | | |
| 105. iShares S&P 500 Value | A | Dividend | | | Sold | 08/19/11 | K | | |
| 106. iShares S&P 500 Growth | A | Dividend | L | T | | | | | |
| 107. Loomis Sayles Bond Fund | C | Interest | L | T | | | | | |
| 108. Schwab Government Money Fund | A | Interest | | | Sold | 9/6/11 | K | A | |
| 109. Schwab US Treasury Money Fund | A | Interest | L | T | Buy | 9/6/11 | K | | |
| 110. Schwab Roth IRA | | | | | | | | | |
| 111. Schwab Government Money Fund | A | Interest | | | Sold | 9/6/11 | K | A | |
| 112. Schwab US Treasury Money Fund | A | Interest | K | T | Buy | 9/6/11 | K | | |
| 113. TFS Market Neutral | A | Dividend | K | T | Sold (part) | 08/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MURPHY, MARGARET H. | 09/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII amendments to pages 4 and 10: the Schwab fund which collects fractional remainders of trades just changed from one to another.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **MARGARET H. MURPHY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544